**Order entered December 16, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01224-CV

## IN THE INTEREST AND PROTECTION OF C.C.

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32861CR**

### ORDER

This is an appeal from the trial court's November 4, 2022 order extending mental health services. In appellate cause number 05-21-01028-CV, appellant appealed from the trial court's November 18, 2021 order extending mental health services. The clerk's record in the current appeal is very brief. In order to provide a more complete picture of the underlying proceedings, we **DIRECT** the Clerk of this Court to transfer a copy of the clerk's record filed on December 9, 2021 in appellate cause number 05-21-01028-CV into this appeal.

/s/     CORY L. CARLYLE
        JUSTICE